UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARNOLDO CAMACHO-VASQUEZ,<br><br>Defendant. | Case No.: 18cr4917 AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS INDICTMENT**<br><br>**(Doc. No. 42)** |

Pursuant to the motion to dismiss on behalf of Defendant and with no opposition by the Government, the Court hereby grants dismissal of the indictment in the above case.

IT IS SO ORDERED.

Dated: August 12, 2019

Hon. Anthony J. Battaglia
United States District Judge